Kathleen J. England, NV Bar No. 206
ENGLAND LAW OFFICE
630 S. Third Street
Las Vegas, NV 89101
(702) 385-3300; Fax: (702) 385-3823
kengland@englandlawoffice.com

Jason R. Maier, NV Bar No. 8557
MAIER GUTIERREZ AYON
400 S. Seventh Street, Ste. 400
Las Vegas, NV 89101
(702) 629-7900; Fax: (702) 629-7925
jrm@mgalaw.com

Margaret A. McLetchie, NV Bar No. 10931
LANGFORD MCLETCHIE LLC
616 S. 8th Street
Las Vegas, NV 89101
(702) 471-6565; Fax: (702) 471-6540
maggie@nvlitigation.com

*Attorneys for Plaintiff, Bradley Roberts*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS, Plaintiff<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT;<br>and DOES 1 through X, inclusive,<br>Defendant. | Case No. 2:15-cv-00388-JAD-PAL<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS (Dkt. #9)<br><br>(First Request) |

Plaintiff Bradley Roberts and Defendant Clark County School District, by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff Bradley Roberts to respond to Defendant CCSD's motion to dismiss (Dkt. #9) filed on March 20, 2015.

Under FRCP and local rules, the response of Plaintiff Bradley Roberts is currently due April 3, 2015 and this extension was requested by Plaintiff's counsel, who needed additional time to prepare a thorough opposition. The parties have agreed to request Court approval of Plaintiff's oppositional response time to and including **April 30, 2015**. An Early Neutral Evaluation in this matter is currently scheduled for May 28, 2015 so this extension will not unduly delay this matter in any way.

Dated: April 2, 2015

By: /s/ Kathleen J. England
Kathleen J. England
England Law Office
630 South Third Street
Las Vegas, NV 89101
*Attorney for Plaintiff,*
*Bradley Roberts*

Dated: April 2, 2015

By: /s/
Bruce Young
Ethan Thomas
Littler Mendelson
3960 Howard Hughes Pkwy, Ste #300
Las Vegas, NV 89145
*Attorneys for Defendant, Clark County*
*School District*

IT IS SO ORDERED.

DATED: April 6, 2015.

_____
JENNIFER A. DORSEY
United States District Judge