KATHLEEN J. ENGLAND
Nevada Bar No. 206
**ENGLAND LAW OFFICE**
630 South Third Street
Las Vegas, Nevada 89101
Telephone:	702.385.3300
Facsimile:	702. 385.3823
E-mail:	kengland@englandlawoffice.com

JASON R. MAIER
Nevada Bar No. 8557
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail:	jrm@mgalaw.com

MARGARET A. MCLETCHIE
Nevada Bar No, 10931
**LANGFORD MCLETCHIE, LLC**
616 South Eighth Street
Las Vegas, Nevada 89101
Telephone: 702.471.6565
Facsimile: 702.471.6540
E-mail:	maggie@nvlitigation.com

*Attorneys for Plaintiff Bradley Roberts*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRADLEY ROBERTS, individually,<br><br>            Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT;<br>DOES I-X; and ROE CORPORATIONS I-X,<br>inclusive,<br><br>            Defendants. | Case No.: 2:15-CV-00388-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (DKT. #9)**<br><br>**(Second Request)** |

Plaintiff Bradley Roberts and Defendant Clark County School District, by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff Bradley Roberts to respond to Defendant CCSD's motion to dismiss (Dkt. #9) filed on March 20, 2015.  Under FRCP, local rules and the first extension, the response of Plaintiff Bradley Roberts is currently due April

1

30, 2015, and this extension is requested by Plaintiff's counsel, who need additional time to prepare a thorough opposition. The parties have agreed to request Court approval of Plaintiff's oppositional response time to and including May 7, 2015. An Early Neutral Evaluation in this matter is currently scheduled for May 28, 2015, so this extension will not unduly delay this matter in any way.

DATED this 30th day of April, 2015.               DATED this 30th day of April, 2015.

**ENGLAND LAW OFFICE**                              **LITTLER MENDELSON, P.C.**

*/s/ Jason R. Maier*                                */s/ Ethan D. Thomas*
KATHLEEN J. ENGLAND                                 PATRICK H. HICKS, ESQ.
Nevada Bar No. 206                                  Nevada Bar No. 4632
630 South Third Street                              BRUCE C. YOUNG, ESQ.
Las Vegas, Nevada 89101                             Nevada Bar No. 5560
                                                    ETHAN D. THOMAS, ESQ.
JASON R. MAIER                                      Nevada Bar No. 12874
MAIER GUTIERREZ AYON                                3960 Howard Hughes Parkway, Suite 300
Nevada Bar No. 8557                                 Las Vegas, Nevada 89169
400 South Seventh Street, Suite 400                 *Attorneys for Defendant Clark County School*
Las Vegas, Nevada 89101                             *District*

MARGARET A. MCLETCHIE
LANGFORD MCLETCHIE, LLC
Nevada Bar No, 10931
616 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Bradley Roberts*

**ORDER**

IT IS SO ORDERED this 30th day of April, 2015.

_____
**UNITED STATES DISTRICT COURT JUDGE**