KATHLEEN J. ENGLAND
Nevada Bar No. 206
**ENGLAND LAW OFFICE**
630 South Third Street
Las Vegas, Nevada 89101
Phone: 702.385.3300; Fax: 702.385.3823
E-mail: kengland@englandlawoffice.com

JASON R. MAIER
Nevada Bar No. 8557
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Phone: 702.629.7900; Fax: 702.629.7925
E-mail: jrm@mgalaw.com

MARGARET A. MCLETCHIE
Nevada Bar No, 10931
**LANGFORD MCLETCHIE, LLC**
616 South Eighth Street
Las Vegas, Nevada 89101
Phone: 702.471.6565; Fax: 702.471.6540
E-mail: maggie@nvlitigation.com

*Attorneys for Plaintiff Bradley Roberts*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; DOES I-X; and ROE CORPORATIONS I-X, inclusive, Defendants | Case No.: 2:15-CV-00388-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (DKT. #9)**<br><br>**(Third Request)** |

On April 30, 2015, Plaintiff Bradley Roberts and Defendant Clark County School District entered into a second stipulated request to extend the time for Plaintiff Roberts to respond to Defendant CCSD's motion to dismiss (Dkt. #9, filed March 20, 2015). The Court approved this request, making Plaintiff's opposition due on May 7, 2015, which undersigned counsel, responsible for its preparation, miscalendared.

On May 7, 2015, Plaintiff's counsel asked Defendant's counsel to stipulate to her request for a third extension of time for Plaintiff's opposition and the resulting briefing schedule to allow the parties to devote their efforts to the continued exchanges of information and documentation in preparation for the May 28, 2015 Early Neutral Evaluation. Plaintiff's counsel suggested that these matter be postponed until after this ENE, but Defendant's counsel declined and is willing to stipulate to another five days, i.e. to and including **MAY 13, 2015.** The justification for this extension, shorter than that requested by Plaintiff, is as follows:

1. The breadth of issues touched upon by CCSD's motion to dismiss is far-reaching, including jurisdictional timing issues of administrative proceedings below, the interplay of state and federal discrimination law, the sufficiency of factual allegations, governmental immunity, workers comp immunity, and the state law tort claim of negligent selection, training, supervision and retention, upon which federal judges in this district are split. This compels the parties to provide this Court with thoughtful, complete but succinct analysis and Plaintiff, given the other matters in preparation for the ENE, has been unable to complete the opposition.

2. Plaintiff's counsel has been stretched thin in the past two weeks in the following manner and have been unable to complete the opposition: England Law Office has another ENE brief due in a different case this week for an ENE next week, and their paralegal is out for final exams at UNLV; Ms. McLetchie had pre-existing depositions this week and out of state travel; and Mr. Maier is attending to clearing his schedule on all matters to enable his absence for the birth of his first child.

3. This request is being made at the late request of undersigned Plaintiff's counsel, who mistakenly believed that the Second Request for an extension for Plaintiff's opposition made it due May 8 (when May 7 was the actual extended date).

4. Defendant CCSD is willing to allow Plaintiff to request Court approval of Plaintiff's oppositional response time to be extended another five days, i.e. to May 13, 2015, only.

5. This extension will not unduly delay this matter.

DATED this 8th day of May, 2015.                         DATED this 8th day of May, 2015.

ENGLAND LAW OFFICE                                       LITTLER MENDELSON, P.C.

/s/ Kathleen England                                     /s/

KATHLEEN J. ENGLAND                                      PATRICK H. HICKS, ESQ.
630 South Third Street                                   BRUCE C. YOUNG, ESQ.
Las Vegas, Nevada 89101                                  ETHAN D. THOMAS, ESQ.
                                                         3960 Howard Hughes Parkway, Suite 300
JASON R. MAIER                                           Las Vegas, Nevada 89169
MAIER GUTIERREZ AYON                                     *Attorneys for Defendant Clark County School*
400 South Seventh Street, Suite 400                      *District*
Las Vegas, Nevada 89101

MARGARET A. MCLETCHIE
LANGFORD MCLETCHIE, LLC
616 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Bradley Roberts*

## ORDER

IT IS SO ORDERED this 11th day of May, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE