PATRICK H. HICKS, ESQ., Bar #4632
BRUCE C. YOUNG, ESQ., Bar #5560
ETHAN D. THOMAS, ESQ., Bar #12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through X, inclusive,<br><br>                    Defendant. | Case No. 2:15-cv-00388-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff BRADLEY ROBERTS (hereinafter "Plaintiff") and Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "Defendant"), by and through their counsel of record, hereby stipulate and agree to extend the time for Defendant to file a Reply in Support of Defendant's Motion to Dismiss, up to and including **June 12, 2015**.

Defendant's Motion to Dismiss was filed on March 20, 2015. **[Dkt. #9]**. After three stipulated extensions, Plaintiff's Opposition to the Motion to Dismiss was filed on May 13, 2015. **[Dkt. # 26-28]**. The current deadline to file the Reply is May 26, 2015.[1] The extension has been requested by Defense counsel who believe it is necessary in order to provide adequate time for Defense counsel to prepare a Reply in light of the complicated nature of the arguments in the motion and opposition and a scheduled trip outside the country for counsel for Defendant. Additionally, the

---

[1] The CM/ECF generated deadline indicates that the Reply is due on Saturday, May 23, 2015. In light of the Memorial Day holiday on May 25, 2015, the next judicial day is Tuesday, May 26, 2015.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

parties believe extending the deadline will limit the incurrence by defense counsel of additional attorneys' fees in advance of the Early Neutral Evaluation scheduled for May 28, 2015, which may help the parties in their settlement negotiations.

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: May 21, 2015

Respectfully submitted,

_____
KATHLEEN J. ENGLAND, ESQ.
JASON R. MAIER, ESQ.
MARGARET A. MCLETCHIE, ESQ.

Attorneys for Plaintiff
BRADLEY ROBERTS

Dated: May 21, 2015

Respectfully submitted,

_____
PATRICK H. HICKS, ESQ.
BRUCE C. YOUNG, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

**ORDER**

**IT IS SO ORDERED.**

Dated: May 21, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

2.