# EXHIBIT 28

# EXHIBIT 28

| | | |
|---|---|---|
| From: | Jon M. Okazaki | Wednesday, January 25, 2012 4:07:06 PM |
| Subject: | Re: Roberts POST Letter | |
| To: | Anthony A. York | |

Tony:

I would prefer just the following. Would that suffice?

Dear Nevada Commission on Peace Officers' Standards & Training:

On November 14, 2011, Officer Brandilyn Netz, POST ID # 17502, notified the CCSD Police Department that he identified with the male gender and was in the process of legally changing his name. On December 5, 2011, Officer Netz's name was legally changed to Bradley Joseph Roberts. CCSDPD has changed Officer Roberts' name in its records accordingly and acknowledge his identity with the male gender.

Please contact me regarding any questions you may have regarding this letter.

EEOC 128

EXHIBIT 28