| | |
|---|---|
| 1 | PATRICK H. HICKS, ESQ., Bar #4632 |
| | BRUCE C. YOUNG, ESQ., Bar #5560 |
| 2 | ETHAN D. THOMAS, ESQ., Bar #12874 |
| | LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway, Suite 300 |
| | Las Vegas, NV  89169-5937 |
| 4 | Telephone:   702.862.8800 |
| | Fax No.:      702.862.8811 |
| 5 | |
| | Attorneys for Defendant |
| 6 | CLARK COUNTY SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRADLEY ROBERTS, | | Case No. 2:15-cv-00388-JAD-PAL |
| Plaintiff, | | STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| vs. | | |
| CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through X, inclusive, | | [FIRST REQUEST] |
| Defendant. | | |

Plaintiff BRADLEY ROBERTS (hereinafter "Plaintiff") and Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "Defendant"), by and through their counsel of record, hereby stipulate and agree to extend the time for Defendant to file an Opposition to Plaintiff's Motion for Partial Summary Judgment, up to and including **December 4, 2015**.

Plaintiff's Motion for Partial Summary Judgment was filed on October 27, 2015. **[Doc. #54]**. The current deadline to file an Opposition to Plaintiff's Motion is November 20, 2015.  This extension was requested by Defense counsel who believe it is necessary in order to provide adequate time to prepare Defendant's Opposition in light of the length of Plaintiff's Motion and nature of the arguments made therein.  Further, Defense counsel has experienced a heavy caseload in recent weeks which has not allowed them sufficient time to prepare Defendant's Opposition.  The parties agree that this extension will allow additional time for Defendant to prepare its Opposition and also provide flexibility in light of Defense counsel's anticipated holiday travel in the coming weeks.  This

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

is Defendant's first request for an extension of the deadline to respond to Plaintiff's Motion for Partial Summary Judgment.

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: November 3, 2015

Respectfully submitted,

KATHLEEN J. ENGLAND,
JASON R. MAIER, ESQ.
MARGARET A. MCLETCHIE, ESQ.

Attorneys for Plaintiff
BRADLEY ROBERTS

Dated: November 13, 2015

Respectfully submitted,

BRUCE C. YOUNG, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

**ORDER**

**IT IS SO ORDERED.**

Dated: November 16, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800