KATHLEEN J. ENGLAND, NV Bar No. 206
**ENGLAND LAW OFFICE**
630 South Third Street
Las Vegas, Nevada 89101
Phone: 702.385.3300; Fax: 702.385.3823
E-mail: kengland@englandlawoffice.com

JASON R. MAIER, NV Bar No. 8557
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Phone:  702.629.7900; Fax: 702.629.7925
E-mail: jrm@mgalaw.com

MARGARET A. MCLETCHIE, NV Bar No. 10931
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Ste. 520
Las Vegas, Nevada 89101
Phone: 702.728.5300; Fax: 702.471.6540
E-mail: maggie@nvlitigation.com
*Attorneys for Plaintiff Bradley Roberts*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; and DOES I through X, inclusive,<br><br>Defendant. | Case No.: 2:15-CV-00388-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR PLAINTIFF TO FILE:**<br><br>**(1) HIS REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO COMPEL (Doc. #61);  (FIRST REQUEST)**<br><br>**(2) HIS OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES (Doc. #57); (FIRST REQUEST) AND**<br><br>**(3) HIS OPPOSITION TO DEFENDANT'S MOTION FOR QUALIFIED PROTECTIVE ORDER (Doc. #60)  (FIRST REQUEST)** |

Plaintiff Bradley Roberts and Defendant Clark County School District hereby agree and stipulate to extend the time for Plaintiff Bradley Roberts to file the following and ask that the Court approve same, it being the first extension request for all three:

(1) Plaintiff's reply to Defendant's Opposition to Plaintiff's Motion to Compel (Doc.

#61, filed on November 9, 2015) which is currently due on November 19, 2015, be extended to and including **November 23, 2015,** for which the Court has scheduled a hearing on December 8, 2015;

    (2)    Plaintiff's response/opposition to Defendant's Motion to Compel Discovery Responses (Doc. #57, filed on October 30, 2015) which is currently due on November 16, 2015, be extended to and including **November 19, 2015**; and

    (3)    Plaintiff's response/opposition to Defendant's Motion for Qualified Protective Order (Doc. #60, filed on October 30, 2015) which is currently due on November 16, 2015, be extended to and including **November 19, 2015**.

Plaintiff's counsel requested these extensions for good cause, including the other matters being attended to in this timeframe, including depositions, and the upcoming Thanksgiving holidays, and in order to allow Plaintiff to prepare a thorough reply and the two (2) oppositions and have accorded Defendant CCSD counsel reciprocal courtesy for extensions.

Dated: November 13, 2015

By:     /s/
    KATHLEEN J. ENGLAND
    ENGLAND LAW OFFICE
    630 South Third Street
    Las Vegas, NV 89101

    JASON R. MAIER
    DANIELLE BARRAZA
    MAIER GUTIERREZ AYON

    MARGARET A. MCLETCHIE
    MCLETCHIE SHELL LLC.

*Attorneys for Plaintiff Bradley Roberts*

Dated: November 13, 2015

By:     /s/
    BRUCE YOUNG
    ETHAN THOMAS
    LITTLER MENDELSON, P.C.
    3960 Howard Hughes Pkwy, Ste. #300
    Las Vegas, NV 89145
*Attorneys for Defendant,
Clark County School District*

**IT IS SO ORDERED:**

_____
PEGGY A. LEEN
United States Magistrate Judge

Dated: November 16, 2015

k:\roberts, bradley\pleadings (federal)\stip and extension for reply and opps re motions to compel.docx

ENGLAND LAW OFFICE
ATTORNEYS AT LAW
630 SOUTH THIRD STREET
LAS VEGAS, NEVADA 89101
(702) 385-3300 • FAX (702) 385-3823