KATHLEEN J. ENGLAND
Nevada Bar No. 206
**ENGLAND LAW OFFICE**
630 South Third Street
Las Vegas, Nevada 89101
Telephone:     702.385.3300
Facsimile:      702. 385.3823
E-mail:           kengland@englandlawoffice.com

JASON R. MAIER
Nevada Bar No. 8557
DANIELLE J. BARRAZA
Nevada Bar No. 13822
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:       jrm@mgalaw.com

MARGARET A. MCLETCHIE
Nevada Bar No, 10931
**MCLETCHIE SHELL, LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: 702.471.6565
Facsimile:  702.471.6540
E-mail:       maggie@nvlitigation.com

*Attorneys for Plaintiff Bradley Roberts*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRADLEY ROBERTS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-00388-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR PLAINTIFF TO FILE:**<br><br>**(1) HIS OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES (Doc. #57); (SECOND REQUEST) AND**<br><br>**(2) HIS OPPOSITION TO DEFENDANT'S MOTION FOR QUALIFIED PROTECTIVE ORDER (Doc. #60) (SECOND REQUEST)** |

Plaintiff Bradley Roberts and Defendant Clark County School District, by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff Bradley Roberts to

1

file the following and ask that the Court approve the same, it being the second extension request for both:

(1) Plaintiff's response/opposition to Defendant's Motion to Compel Discovery Responses (Doc. #57, filed on October 30, 2015) which is currently due on November 19, 2015, be extended to and including **November 20, 2015**.

(2) Plaintiff's response/opposition to Defendant's Motion for Qualified Protective Order (Doc. #60, filed on October 30, 2015) which is currently due on November 19, 2015, be extended to and including **November 20, 2015**.

Plaintiff's counsel requests these extensions for good cause, as Plaintiff's counsel is attending to other matters in this timeframe, including the deposition of CCSD's designee(s) on Subject #2 scheduled for November 20, 2015, and in order to allow Plaintiff sufficient time to prepare thorough oppositions. Plaintiff's counsel has accorded Defendant CCSD's counsel reciprocal courtesy for extensions.

| | |
|---|---|
| DATED <u>November 19, 2015</u> | DATED <u>November 19, 2015</u>. |
| **MAIER GUTIERREZ AYON** | **LITTLER MENDELSON, P.C.** |
| */s/ Danielle J. Barraza* | */s/ Ethan D. Thomas* |
| JASON R. MAIER | PATRICK H. HICKS, ESQ. |
| Nevada Bar No. 8557 | Nevada Bar No. 4632 |
| DANIELLE J. BARRAZA | BRUCE C. YOUNG, ESQ. |
| Nevada Bar No. 13822 | Nevada Bar No. 5560 |
| MAIER GUTIERREZ AYON | ETHAN D. THOMAS, ESQ. |
| 400 South Seventh Street, Suite 400 | Nevada Bar No. 12874 |
| Las Vegas, Nevada 89101 | 3960 Howard Hughes Parkway, Suite 300 |
| | Las Vegas, Nevada 89169 |
| KATHLEEN J. ENGLAND | *Attorneys for Defendant Clark County School District* |
| Nevada Bar No. 206 | |
| ENGLAND LAW OFFICE | |

MARGARET A. MCLETCHIE
MCLETCHIE SHELL LLC.
*Attorneys for Plaintiff Bradley Roberts*

## ORDER

IT IS SO ORDERED this 20th day of November, 2015.

_____
**UNITED STATES Magistrate JUDGE**

2