PATRICK H. HICKS, ESQ., Bar #4632
BRUCE C. YOUNG, ESQ., Bar #5560
ETHAN D. THOMAS, ESQ., Bar #12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS,<br><br>         Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT;<br>and DOES 1 through X, inclusive,<br><br>         Defendant. | Case No. 2:15-cv-00388-JAD-PAL<br><br>STIPULATION AND<br>ORDER TO EXTEND TIME FOR<br>DEFENDANT TO FILE AN OPPOSITION<br>TO PLAINTIFF'S MOTION FOR<br>PARTIAL SUMMARY JUDGMENT<br><br>[SECOND REQUEST] |

Plaintiff BRADLEY ROBERTS (hereinafter "Plaintiff") and Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "Defendant"), by and through their counsel of record, hereby stipulate and agree to extend the time for Defendant to file an Opposition to Plaintiff's Motion for Partial Summary Judgment, up to and including December 16, 2015.

Moreover, by this same stipulation, the parties also agree to extend the time for Plaintiff to file a Reply in Support of his Motion for Partial Summary Judgment up to and including January 6, 2016.

Plaintiff's Motion for Partial Summary Judgment was filed on October 27, 2015. [Doc. #54]. By stipulation, the current deadline to file an Opposition to Plaintiff's Motion is December 4, 2015. This is Defendant's second request for an extension of the deadline to respond to Plaintiff's Motion for Partial Summary Judgment. The instant extension was requested by Defense counsel who has experienced a heavy caseload in recent weeks which has not allowed them sufficient time to prepare

Defendant's Opposition. Defense counsel has also spent significant time in recent weeks briefing the various discovery motions before the Court in this case. Further, Defense counsel was out of the office for several days for the Thanksgiving holiday. The parties also agree that the reciprocal extension of the deadline for Plaintiff to file his Reply in Support of the Motion for Summary Judgment is necessary because Defendant's requested extension would put the deadline for Plaintiff's Reply in a time period when Plaintiff's counsel has previously scheduled time outside of the office for the upcoming holidays.

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: December 2, 2015

Respectfully submitted,

/s/ Kathleen England

KATHLEEN J. ENGLAND
JASON R. MAIER, ESQ.
MARGARET A. MCLETCHIE, ESQ.

Attorneys for Plaintiff
BRADLEY ROBERTS

Dated: December 2, 2015

Respectfully submitted,

/s/ Bruce C. Young

BRUCE C. YOUNG, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

ORDER

IT IS SO ORDERED.

Dated: December 3, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

2.