PATRICK H. HICKS, ESQ., Bar #4632
BRUCE C. YOUNG, ESQ., Bar #5560
ETHAN D. THOMAS, ESQ., Bar #12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS,<br><br>  Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through X, inclusive,<br><br>  Defendant. | Case No. 2:15-cv-00388-JAD-PAL<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION TO COMPEL AND MOTION FOR QUALIFIED PROTECTIVE ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff BRADLEY ROBERTS (hereinafter "Plaintiff") and Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "Defendant"), by and through their counsel of record, hereby stipulate and agree to extend the time for Defendant to file a Reply in Support of its Motion to Compel [Doc. #57] and Motion for Qualified Protective Order [Doc. #60], up to and including **December 3, 2015**.

Defendant's Motion to Compel and Motion for Qualified Protective Order was filed on October 30, 2015. [Doc. #57 and #60]. By stipulation, Plaintiff's Opposition to both motions was filed on November 20, 2015. [Doc. #75 and #76]. The current deadline to file Defendant's Reply is November 30, 2015. The instant extension was requested by Defense counsel who has anticipated holiday travel which will take them out of the office for several days. This is Defendant's first request for an extension of the deadline to file a Reply in Support of its Motion to Compel and Motion for Qualified Protective Order.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: November 24, 2015

Respectfully submitted,

*/s/ Kathleen England*

KATHLEEN J. ENGLAND
JASON R. MAIER, ESQ.
MARGARET A. MCLETCHIE, ESQ.

Attorneys for Plaintiff
BRADLEY ROBERTS

Dated: November 24, 2015

Respectfully submitted,

*/s/ Ethan Thomas*

BRUCE C. YOUNG, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

**ORDER**

    **IT IS SO ORDERED.**

    Dated: __December 3__, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.