1  KATHLEEN J. ENGLAND, NV Bar No. 206
   ENGLAND LAW OFFICE
2  630 South Third Street
   Las Vegas, Nevada 89101
3  Phone: 702.385.3300; Fax: 702.385.3823
   E-mail: kengland@englandlawoffice.com
4
   JASON R. MAIER, NV Bar No. 8557
5  DANIELLE J. BARRAZA, NV Bar No. 13822
   MAIER GUTIERREZ AYON
6  400 South Seventh Street, Suite 400
   Las Vegas, Nevada 89101
7  Phone:  702.629.7900; Fax: 702.629.7925
   E-mail: jrm@mgalaw.com
8  E-mail: djb@mgalaw.com

9  MARGARET A. MCLETCHIE, NV Bar No. 10931
   MCLETCHIE SHELL LLC
10 701 East Bridger Ave., Ste. 520
   Las Vegas, Nevada 89101
11 Phone: 702.728.5300; Fax: 702.425.8220
   E-mail: maggie@nvlitigation.com
12 *Attorneys for Plaintiff Bradley Roberts*

13

14              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
15
   BRADLEY ROBERTS, individually,          Case No.: 2:15-CV-00388-JAD-PAL
16
                  Plaintiff,
17                                          **STIPULATION AND ORDER TO
   vs.                                      EXTEND TIME TO FILE PLAINTIFF'S
18                                          OPPOSITION TO DEFENDANT'S
   CLARK COUNTY SCHOOL DISTRICT;           COUNTERMOTION FOR SUMMARY
19 and DOES I through X, inclusive,         JUDGMENT (Dkt. #89)**

20                Defendant.                **(First Request)**

21

22        Plaintiff Bradley Roberts and Defendant Clark County School District, hereby agree and

23 stipulate to extend the time for Plaintiff Roberts to respond to Defendant CCSD's Countermotion

24 for Summary Judgment (Dkt. #89) which was filed on December 16, 2015. Under FRCP and

25 local rules, Plaintiff's response is due January 11, 2016.  Due to the importance of these matters,

26 Plaintiff's counsel requested this extension from Defendant's counsel so that a thorough

27 opposition could be prepared.  The parties have agreed to request the Court's approval of this

28 extension for Plaintiff's oppositional response time to and including, **Friday, January 29, 2016.**

ENGLAND LAW OFFICE
ATTORNEYS AT LAW
630 SOUTH THIRD STREET
LAS VEGAS, NEVADA 89101
(702) 385-3300 • FAX (702) 385-3823

1    Moreover, by this same stipulation, the parties agree to request the Court to extend the

2   time for Defendant CCSD to file its Reply in Support of its Countermotion for Summary

3   Judgment up to and including **February 12, 2016.**

4    The parties agree and represent to the Court that this request is made in good faith and

5   not for the purposes of delay.

6   Dated: _12/30/2015_                     Dated: _12-30-15_

7   By: _____             By: _____

8   KATHLEEN J. ENGLAND                      BRUCE YOUNG
    ENGLAND LAW OFFICE                       ETHAN THOMAS
9   630 South Third Street                   LITTLER MENDELSON, P.C.
    Las Vegas, NV 89101                      3960 Howard Hughes Pkwy, Ste. #300
10                                           Las Vegas, NV 89145
    JASON R. MAIER                           *Attorneys for Defendant,*
11  DANIELLE BARRAZA                         *Clark County School District*
    MAIER GUTIERREZ AYON
12
    MARGARET A. MCLETCHIE
13  MCLETCHIE SHELL LLC.

14  *Attorneys for Plaintiff Bradley Roberts*

15

16

17

18                                           **IT IS SO ORDERED:**

19                                           _____

20                                           JENNIFER A. DORSEY
                                             United States District Judge
21                                           Dated: December 31, 2015
                                                    _____
22

23

24

25

26

27

28

Page 2 of 2

ENGLAND LAW OFFICE
ATTORNEYS AT LAW
630 SOUTH THIRD STREET
LAS VEGAS, NEVADA 89101
(702) 385-3300 · FAX (702) 385-3823