KATHLEEN J. ENGLAND
Nevada Bar No. 206
**ENGLAND LAW OFFICE**
630 South Third Street
Las Vegas, Nevada 89101
Telephone:    702.385.3300
Facsimile:    702. 385.3823
E-mail:         kengland@englandlawoffice.com

JASON R. MAIER
Nevada Bar No. 8557
DANIELLE J. BARRAZA
Nevada Bar No. 13822
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:       jrm@mgalaw.com

MARGARET A. MCLETCHIE
Nevada Bar No, 10931
**MCLETCHIE SHELL, LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: 702.471.6565
Facsimile:  702.471.6540
E-mail:       maggie@nvlitigation.com

*Attorneys for Plaintiff Bradley Roberts*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRADLEY ROBERTS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-00388-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Plaintiff Bradley Roberts and Defendant Clark County School District, by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff Bradley Roberts to file his Reply in Support of his Motion for Partial Summary Judgment, up to and including January

8, 2016 and ask that the Court approve the same.

Plaintiff's Motion for Partial Summary Judgment was filed on October 27, 2015 [Dkt. #54]. The parties twice stipulated to extend the deadline for Defendant to file its Opposition to Plaintiff's Motion for Partial Summary Judgment, first to December 4, 2015 [Dkt. #66] and then to December 16, 2015 [Dkt. #83]. The second stipulation also included a stipulation to extend the time for Plaintiff to file a Reply in Support of his Motion for Partial Summary Judgment up to and including January 6, 2016. [Dkt. #83].

The instant extension was requested by Plaintiff's counsel for good cause, in light of the length of Defendant's Opposition and the nature of the arguments made therein, in order to allow Plaintiff to prepare a thorough Reply, and Plaintiff's counsel has accorded Defendant CCSD counsel reciprocal courtesy for extensions. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

DATED January 6, 2016                                DATED January 6, 2016.

**MAIER GUTIERREZ AYON**                             **LITTLER MENDELSON, P.C.**

 /s/ Danielle J. Barraza                              /s/ Ethan D. Thomas
JASON R. MAIER                                       PATRICK H. HICKS, ESQ.
Nevada Bar No. 8557                                  Nevada Bar No. 4632
DANIELLE J. BARRAZA                                  BRUCE C. YOUNG, ESQ.
Nevada Bar No. 13822                                 Nevada Bar No. 5560
MAIER GUTIERREZ AYON                                 ETHAN D. THOMAS, ESQ.
400 South Seventh Street, Suite 400                  Nevada Bar No. 12874
Las Vegas, Nevada 89101                              3960 Howard Hughes Parkway, Suite 300
                                                     Las Vegas, Nevada 89169
KATHLEEN J. ENGLAND                                  *Attorneys for Defendant Clark County School*
Nevada Bar No. 206                                   *District*
ENGLAND LAW OFFICE

MARGARET A. MCLETCHIE
MCLETCHIE SHELL LLC.
*Attorneys for Plaintiff Bradley Roberts*

**ORDER**

IT IS SO ORDERED this 7th day of January, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**

2