PATRICK H. HICKS, ESQ., Bar #4632
BRUCE C. YOUNG, ESQ., Bar #5560
ETHAN D. THOMAS, ESQ., Bar #12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone:  702.862.8800
Fax No.:     702.862.8811

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through X, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-00388-JAD-PAL<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO FILE EXHIBIT UNDER SEAL**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff BRADLEY ROBERTS (hereinafter "Plaintiff") and Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "Defendant"), by and through their counsel of record, hereby stipulate and agree to extend the time for Defendant to file a Reply in Support of Its Motion to File Exhibit Under Seal from the current deadline of January 14, 2016 up to and including **January 21, 2016**.

　　　　On December 16, 2015 Defendant filed its Motion to File Exhibit Under Seal **[Doc. #90]** which relates to one exhibit to Defendant's Opposition to Plaintiff's Partial Motion for Summary Judgment and Countermotion for Partial Summary Judgment **[Doc. #88 and #89]**. Plaintiff filed his Opposition to Defendant's Motion to File Exhibit Under Seal on January 4, 2016. **[Doc. #94]**. The request for a seven-day extension was made by Defense counsel as a heavy caseload over the past week has prevented them from having the requisite time to complete a thorough Reply. Throughout the pendency of this case, Defendant CCSD has accorded Plaintiff reciprocal extensions when

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

necessary. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: January 13, 2016

Respectfully submitted,

*[signature]*

KATHLEEN J. ENGLAND,
JASON R. MAIER,
MARGARET A. MCLETCHIE,
DANIELLE J. BARRAZA,

Attorneys for Plaintiff
BRADLEY ROBERTS

Dated: January 13, 2016

Respectfully submitted,

*[signature]*

PATRICK H. HICKS, ESQ.
BRUCE C. YOUNG, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

**ORDER**

**IT IS SO ORDERED.**

Dated: __January 15,__ , 2016.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

2.