KATHLEEN J. ENGLAND
Nevada Bar No. 206
ENGLAND LAW OFFICE
630 South Third Street
Las Vegas, Nevada 89101
Telephone:     702.385.3300
Facsimile:     702. 385.3823
E-mail:         kengland@englandlawoffice.com

JASON R. MAIER
Nevada Bar No. 8557
DANIELLE J. BARRAZA
Nevada Bar No. 13822
MAIER GUTIERREZ AYON
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:       jrm@mgalaw.com

MARGARET A. MCLETCHIE
Nevada Bar No, 10931
MCLETCHIE SHELL, LLC
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: 702.471.6565
Facsimile:  702.471.6540
E-mail:       maggie@nvlitigation.com

*Attorneys for Plaintiff Bradley Roberts*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS, individually,<br><br>     Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT;<br>DOES I-X; and ROE CORPORATIONS I-X,<br>inclusive,<br><br>     Defendants. | Case No.: 2:15-CV-00388-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO COMPLY WITH 1-11-16 COURT ORDER (DKT. #99)**<br><br>(First Request) |

    Plaintiff Bradley Roberts and Defendant Clark County School District, by and through their undersigned counsel, hereby agree and stipulate to extend today's deadline for Plaintiff Bradley Roberts to fully comply with all aspects of Court Order #99, including producing supplemental

1

discovery disclosures regarding: 1) content from his social media accounts; and 2) supplementation of his response to CCSD's Request for Production No. 23. The parties, through counsel, agree to ask the Court for an extension of eight (8) days, up to and including February 2, 2016, and ask that the Court approve the same for the good cause reasons set forth below.

Defendant's Motion to Compel [Dkt. #57] and Motion for a Qualified Protective Order [Dkt. #60] were heard by the Court on December 8, 2015. Thereafter, the Court filed its Order [Dkt. #99] granting in part and denying in part Defendant's Motion to Compel and denying Defendant's Plaintiff's Motion for a Qualified Protective Order [Dkt. #99].

Pursuant to the Court's Order, the Court has required counsel for Plaintiff to identify all of the social media websites on which Plaintiff has had an account from 2011 to the present. The Court has also required that counsel for Roberts review the content of those social media accounts from January 2011, to the present, and produce any content that contains a reference to this lawsuit, Defendant's response to Plaintiff's transgender transition, Plaintiff's state of mind, emotional or physical response or reaction to his transgender transition, and the manner in which he was treated by CCSD employees, managers, supervisors, and counsel. Plaintiff's supplemental response must be signed with the certification required by Rule 26(g)(1)(A). [Dkt. #99].

Additionally, pursuant to the Court's Order, Plaintiff is required to identify, disclose, and/or produce all documents that describe, relate, or evidence his garden-variety emotional distress by supplementing his prior response to CCSD's Request for Production No. 23. [Dkt. #99].

The supplemental discovery responses described above were ordered to be produced no later than January 25, 2016. [Dkt. #99]. Plaintiff and Plaintiff's counsel have been diligently working on complying with the Court's Order since receiving that Court Order on January 11, 2016. To do so, Plaintiff and Counsel have had to re-review a monumental number of social media posts so that proper disclosures can be made. Plaintiff needs an extension of time to do so and produce responsive documents (posts) and to supplement his prior response to RTP No. 23.

This extension was requested by Plaintiff's counsel to allow Plaintiff and Plaintiff's counsel to completely comply with the Court's January 11, 2016 Order and to ensure that the supplemental response for Plaintiff's social media postings can be properly signed by Plaintiff's counsel with the

certification required by Rule 26(g)(1)(A). Plaintiff's counsel has accorded Defendant CCSD counsel reciprocal courtesy for similar extensions. The parties agree and represent to the Court that this constitutes good cause and that this request is made in good faith and not for the purpose of prejudicial delay.

DATED January 25, 2016

MAIER GUTIERREZ AYON

*/s/ Jason R. Maier*

JASON R. MAIER
Nevada Bar No. 8557
DANIELLE J. BARRAZA
Nevada Bar No. 13822
MAIER GUTIERREZ AYON
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101

KATHLEEN J. ENGLAND
Nevada Bar No. 206
ENGLAND LAW OFFICE

MARGARET A. MCLETCHIE
MCLETCHIE SHELL LLC.
*Attorneys for Plaintiff Bradley Roberts*

DATED

LITTLER MENDELSON, P.C.

*/s/*

PATRICK H. HICKS, ESQ.
Nevada Bar No. 4632
BRUCE C. YOUNG, ESQ.
Nevada Bar No. 5560
ETHAN D. THOMAS, ESQ.
Nevada Bar No. 12874
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
*Attorneys for Defendant Clark County School District*

**ORDER**

IT IS SO ORDERED this 27 day of January, 2016

*/s/ Peggy A. Leen*
U.S. MAGISTRATE JUDGE PEGGY LEEN

3