# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Bradley Roberts,<br><br>    Plaintiff<br><br>v.<br><br>Clark County School District,<br><br>    Defendant | 2:15-cv-00388-JAD-PAL<br><br>**Order granting motion for leave to file brief of amicus curiae Lambda Legal Defense and Education Fund with respect to plaintiff and defendant's cross-motions for partial summary judgment**<br><br>**[ECF 105]** |

Lambda Legal Defense and Education Fund moves for leave to file an amicus curiae brief, which I grant. Defendant Clark County School District has until Monday, May 2, 2016, to file an opposition to Lambda Legal's amicus curiae brief not to exceed 25 pages. No reply will be permitted.

IT IS SO ORDERED.

Dated this 18th day of April, 2016.

_____
Jennifer A. Dorsey
United States District Judge