1  BRUCE C. YOUNG, ESQ., Bar # 5560
   ETHAN D. THOMAS, ESQ., Bar # 12874
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811
   Email:        byoung@littler.com
5                edthomas@littler.com

6  Attorneys for Defendant
   CLARK COUNTY SCHOOL DISTRICT
7

8
                    UNITED STATES DISTRICT COURT
9
                        DISTRICT OF NEVADA
10

11
   BRADLEY ROBERTS,                          Case No. 2:15-cv-00388-JAD-PAL
12
                Plaintiff,
13
   vs.                                       **STIPULATION AND
14                                           ORDER TO EXTEND TIME FOR THE
   CLARK COUNTY SCHOOL DISTRICT;             PARTIES TO FILE A JOINT PRETRIAL
15  and DOES 1 through X, inclusive,         ORDER**

16                Defendant.                 **[FIRST REQUEST]**

17

18         Plaintiff, BRADLEY ROBERTS and Defendant, CLARK COUNTY SCHOOL DISTRICT,

19  by and through their respective counsel of record, do hereby stipulate and agree to extend the current

20  deadline to file a Joint Pretrial Order of November 3, 2016, up to and including **February 6, 2017**.

21         Subsequent to the Court's October 4, 2016 summary judgment order **[ECF No. 147]**, a

22  settlement conference in this matter was set for January 5, 2017 before Magistrate Judge Peggy A.

23  Leen. **[ECF No. 148].**  The parties agree that the requested extension of the deadline to file a Joint

24  Pretrial Order is necessary because the caseload and other responsibilities of counsel for both parties

25  has not allowed them sufficient time to prepare the Joint Pretrial Order by the current deadline of

26  November 3, 2016.  The parties agree that an extension until February 6, 2017 (which is 30 days

27  after the scheduled settlement conference) would be advantageous so the parties can focus on

28  settlement, and are not required to incur unnecessary attorneys' fees in this matter should a

ITTLER MENDELSON, P C
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas NV 89169 5937
702 862 8800

1  settlement be reached at the conference.  If the parties are unable to resolve this matter at the

2  upcoming settlement conference, pursuant to this stipulation, the parties would then have 30 days to

3  prepare the Joint Pretrial Order and begin their preparation for trial.

4      It is important to note that a trial date has not yet been set in this case, and as such, the trial

5  will not need to be postponed due to the requested extension.  This is the first request for an

6  extension of this deadline and it is sought in good faith and not for the purpose of delay.

7  Dated: October 31 , 2016          Dated: October 31 , 2016

8  Respectfully submitted,          Respectfully submitted,

9
10
   _____      _____
11  KATHLEEN J. ENGLAND             BRUCE C. YOUNG, ESQ.
    JASON R. MAIER                  ETHAN D. THOMAS, ESQ.
    MARGARET A. MCLETCHIE           LITTLER MENDELSON, P.C.
12  DANIELLE J. BARRAZA
                                    Attorneys for Defendant
13  Attorneys for Plaintiff         CLARK COUNTY SCHOOL DISTRICT
    BRADLEY ROBERTS
14

15

16                                  **ORDER**

17      *IT IS SO ORDERED.*

18
                                    _____
19                                  UNITED STATES DISTRICT JUDGE
                                    Dated: November 1, 2016.
20

21

22

23

24  Firmwide:143658232.1 026133.1021

25

26

27

28

ITTLER MENDELSON, P.C
Attorneys At Law
3800 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.