UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRADLEY ROBERTS, | Case No. 2:15-cv-0388-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al. | |
| Defendants. | |

Due to the scheduling needs of the court,

**IT IS ORDERED** that the Settlement Conference, currently scheduled for January 5, 2017, at 1:30 p.m. before the undersigned, is **ADVANCED** to **January 4, 2017, at 9:00 a.m. before The Honorable George W. Foley, Room 3099**.

Confidential settlement statements are due to Judge Foley's Chambers, Room 3099, **no later than 4:00 p.m., December 28, 2016.**

All other instructions within the original Order Scheduling Settlement Conference (ECF No. 148) shall remain in effect.

DATED this 10th day of November, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE