PATRICK H. HICKS, ESQ., Bar #4632
WENDY M. KRINCEK, ESQ., Bar # 6417
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:            phicks@littler.com
                     wkrincek@littler.com
                     edthomas@littler.com

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS,<br><br>               Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT;<br>and DOES 1 through X, inclusive,<br><br>               Defendant. | Case No. 2:15-cv-00388-JAD-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**[FIRST REQUEST]** |

      Plaintiff BRADLEY ROBERTS ("Plaintiff") and Defendant CLARK COUNTY SCHOOL DISTRICT ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to vacate the date for the Settlement Conference scheduled on January 4, 2017, at 9:00 a.m., before the Honorable George Foley **[ECF NO. 152]**.  The parties request that the Settlement Conference be rescheduled to February 3, 2017 at 9:00 a.m., an available date provided by the Court and available to all attending.

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

The January 3, 2017 postponement of the January 4, 2017 Settlement Conference and this extension are sought because Defendant's client representative (Carlos McDade) had an emergency arise which required him to appear at the Board of School Trustees Meeting on the morning of January 4, 2017.

Dated:  January 5, 2017

Respectfully submitted,

/s/ Kathleen J. England
KATHLEEN J. ENGLAND
GARY M. GILBERT
JASON R. MAIER
MARGARET A. MCLETCHIE
DANIELLE J. BARRAZA

Attorneys for Plaintiff
BRADLEY ROBERTS

Dated:  January 5, 2017

Respectfully submitted,

/s/ Ethan D. Thomas
PATRICK H. HICKS, ESQ.
WENDY M. KRINCEK, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

**ORDER**

**IT IS SO ORDERED.**

Dated: _____ January 6 __, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:144793345.1 026133.1021

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800