PATRICK H. HICKS, ESQ., Bar #4632
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: edthomas@littler.com

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through X, inclusive,<br><br>　　　　Defendant. | Case No. 2:15-cv-00388-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE EXCEPT THOSE FOR ATTORNEYS FEES AND COSTS**<br><br>ECF No. 167 |

　　　　Plaintiff, BRADLEY ROBERTS and Defendant, CLARK COUNTY SCHOOL DISTRICT, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing Plaintiff's claims with prejudice, except for Plaintiff's claim for attorneys fees and costs.

　　　　The parties anticipate that Plaintiff's remaining claim for attorneys fees and costs will be resolved within the next 90 days pursuant to a settlement procedure agreed upon by the parties and that the parties will file another dismissal with prejudice addressing these reserved claims.

///

///

///

Accordingly, the parties request that the Court schedule a status check conference in approximately 90 days to determine the status of the same.

Dated: March 29, 2017

Respectfully submitted,

*/s/ Kathleen England*

KATHLEEN J. ENGLAND
GARY M. GILBERT
JASON R. MAIER
MARGARET A. MCLETCHIE
DANIELLE J. BARRAZA

Attorneys for Plaintiff
BRADLEY ROBERTS

Dated: March 30, 2017

Respectfully submitted,

*/s/ Ethan Thomas*

PATRICK H. HICKS, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

## ORDER

Based on the parties' stipulation [ECF No. 167] and good cause appearing, IT IS HEREBY ORDERED that **all claims in this case are DISMISSED with prejudice**, reserving plaintiff's right to pursue attorneys' fees and costs.

The parties shall appear in Courtroom 6D for A **STATUS CHECK at 9:30 a.m. on Friday, July 7, 2017.**

Should the parties resolve the fees-and-costs issues before that status check, they should submit a stipulation to vacate the status check and close this case.

_____
Jennifer Dorsey, U.S. District Judge
March 30, 2017

2.