PATRICK H. HICKS, ESQ., Bar #4632
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: edthomas@littler.com

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS, | Case No. 2:15-cv-00388-JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CHECK SET FOR JULY 7, 2017** |
| CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through X, inclusive, | |
| Defendant. | |

Plaintiff, BRADLEY ROBERTS and Defendant, CLARK COUNTY SCHOOL DISTRICT, by and through their respective counsel of record, hereby stipulate and respectfully request a continuance of the Status Check currently scheduled for July 7, 2017 at 9:30 a.m.

The parties request the instant continuance as they are still awaiting resolution of an agreed upon settlement procedure. The Court set the instant Status Check on March 30, 2017 when Plaintiff's claims in the matter were dismissed with prejudice, except for his claim for attorneys' fees and costs. At the time, the parties believed the settlement procedure would be completed within 90 days but the process has taken longer than originally expected. The parties are hopeful the process will be complete within the next 30-60 days and hereby request that the Status Check be continued to a date approximately 60 days from now. If the process is completed prior to the continued date, the parties will file a final stipulation for dismissal with prejudice addressing Plaintiff's reserved

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

claim for attorneys' fees and costs. Should the Court wish to go forward with the Status Check on July 7, 2017, the parties request permission to attend the hearing telephonically, if possible.

The parties stipulate that the instant request is made in good faith and not for the purpose of delay.

| Dated: June 29, 2017 | Dated: June 29, 2017 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Danielle J. Barraza | /s/ Ethan D. Thomas |
| KATHLEEN J. ENGLAND<br>GARY M. GILBERT<br>JASON R. MAIER<br>MARGARET A. MCLETCHIE<br>DANIELLE J. BARRAZA<br><br>Attorneys for Plaintiff<br>BRADLEY ROBERTS | PATRICK H. HICKS, ESQ.<br>ETHAN D. THOMAS, ESQ.<br>LITTLER MENDELSON, P.C.<br><br>Attorneys for Defendant<br>CLARK COUNTY SCHOOL DISTRICT |

**IT IS ORDERED that the status conference set for July 7, 2017 is VACATED and CONTINUED to September 8, 2017 at 9:30 a.m.**

**ORDER**

**IT IS SO ORDERED.**

DATED this 30th day of June, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:148483921.1 026133.1021

2.