PATRICK H. HICKS, ESQ., Bar #4632
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: edthomas@littler.com

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY ROBERTS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT;<br>and DOES 1 through X, inclusive,<br><br>　　　　　Defendant. | Case No. 2:15-cv-00388-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　　Plaintiff, BRADLEY ROBERTS and Defendant, CLARK COUNTY SCHOOL DISTRICT, by and through their respective counsel of record, hereby stipulate and respectfully request an order

/ / /

/ / /

/ / /

dismissing the entire action with prejudice.

Dated: 17th of November, 2017

Respectfully submitted,

_____
KATHLEEN J. ENGLAND
GARY M. GILBERT
JASON R. MAIER
MARGARET A. MCLETCHIE
DANIELLE J. BARRAZA

Attorneys for Plaintiff
BRADLEY ROBERTS

Based on the parties' joint stipulation of dismissal, this action is dismissed with prejudice and the hearing set for 11/28/2017 is VACATED. The Clerk of Court is instructed to CLOSE THIS CASE.

Dated: November 17, 2017

Respectfully submitted,

_____
PATRICK H. HICKS, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

**ORDER**

**IT IS SO ORDERED.**

DATED: 11/17/2017

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:146517369.1 026133.1021

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800